# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMIE MYERS, | Civil Action No.: 1:17-cv-00176-JEJ |
| Plaintiff, | Judge John E. Jones III<br>Complaint Filed: January 31, 2017 |
| v. | Electronically Filed |
| SCHENKER, INC. | |
| Defendant | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and upon agreement of all parties to this lawsuit, it is hereby stipulated and agreed that this matter is dismissed with prejudice. Each party shall bear her or its own costs and counsel fees.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Larry A. Weisberg | /s/ Steven K. Ludwig |
| Larry A. Weisberg, Esquire | Steven K. Ludwig, Esquire |
| McCarthy Weisberg Cummings, P.C. | Fox Rothschild LLP |
| 2041 Herr Street | 2000 Market Street, 20th Floor |
| Harrisburg, PA 17103-1624 | Philadelphia, PA 19103-3222 |
| (717) 238-5707 | (215) 299-2164 |
| (717) 233-8133 (fax) | (215) 299-2150 (fax) |
| lweisberg@mwcfirm.com | sludwig@foxrothschild.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Schenker, Inc.* |

Dated: August 1, 2017